# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

RUBEN DIAZ,

       Plaintiff,

v.                              Case No. 6:15-cv-418-Orl-37DAB

THE STAN GROUP, INC.; and FEDEX
GROUND PACKAGING SYSTEM, INC.,

       Defendants.

_____

## ORDER

This cause is before the Court on its own motion. The parties to this action have stipulated to its dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 26.) Moreover, Plaintiff concedes that his FLSA claim is not viable (*see id.*), obviating the need for fairness scrutiny under *Lynn's Food Stores, Inc. v. U.S. ex rel. U.S. Dep't of Labor*, 679 F.2d 1350, 1352–54 (11th Cir. 1982).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to terminate all pending motions and deadlines and to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 11, 2015.

_____
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record